JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-8775-MWF(FMOx)**  Dated: **July 3, 2012**

Title:  Daniel Tarver -v- JPMorgan Chase Bank NA, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                             None Present

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING ACTION WITH PREJUDICE**

On June 14, 2012, the Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. (Docket No. 32).

The Court permitted Plaintiff to file a Second Amended Complaint within 14 days.

The deadline for Plaintiff to file an amended complaint was June 28, 2012. Plaintiff to date has not filed an amended complaint.

The Court finds that Plaintiff's failure to file an amended complaint constitutes failure to prosecute or to comply with court rules and orders under Federal Rule of Civil Procedure 41(b). *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) ("In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors:  (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public

Initials of Deputy Clerk    rs

policy favoring disposition of cases on their merits."); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989-92 (9th Cir. 1999) (explaining the factors supporting dismissal with prejudice for failure to prosecute). Because Plaintiff failed to respond to the Court's order and file an amended complaint, the Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action with prejudice. Plaintiff's failure to engage in the litigation he initiated hampers expeditious resolution of litigation and inhibits the Court's ability to manage its docket. Plaintiff has had various opportunities to prosecute his case, so a dismissal with prejudice does not unfairly impact his rights.

Accordingly, the action is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with court rules and orders.

IT IS SO ORDERED.

Initials of Deputy Clerk __rs__