CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TARVER, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE BANK N.A., as successor in interest to Washington Mutual Bank, F.A.; BANK OF AMERICA N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Wamu Mortgage Pass-Through Certificates Series 2006-AR12 Trust; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 11-08775-MWF (FMOx)<br><br>**JUDGMENT** |

On July 3, 2012, the Court issued its Order Dismissing Action with Prejudice.  (Docket No. 33).  Defendants JPMorgan Chase Bank N.A. ("JPMorgan"), as successor in interest to Washington Mutual Bank, F.A., and Bank of America N.A. ("Bank of America"), as successor by merger to LaSalle Bank, N.A., as Trustee for Wamu Mortgage Pass-Through Certificates Series 2006-AR12 Trust , filed a Proposed Judgment (Docket No. 34).

1

1
2    In accordance with the Order Dismissing Action with Prejudice and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

3    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

4    1. Plaintiff Daniel Tarver will take nothing from Defendants JPMorgan and Bank of America in this action;

6    2. The action is dismissed with prejudice; and

7    3. Defendants JPMorgan and Bank of America each may submit an application to tax costs.

Dated:  July 10, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge